IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELTON LEE MILLER                                                                                  PLAINTIFF
ADC #82966

V.                                             NO: 5:11CV00057 JMM

HOLMAN *et al.*                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE