IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELTON LEE MILLER                                                                                          PLAINTIFF
ADC #82966

V.                                              NO: 5:11CV00057 JMM/HDY

HOLMAN *et al.*                                                                                          DEFENDANTS

## ORDER

On June 20, 2011, the Court entered an order and judgment adopting a recommendation to dismiss Plaintiff's complaint due to his failure to respond to an order directing him to file a signed copy of the signature page of his complaint (docket entries #8 & #9). Later that same day, Plaintiff filed a signed copy of the page (docket entry #12). In light of Plaintiff's *pro se* status, the Court declines to adopt the recommendation to dismiss the complaint, vacates the order and judgment dismissing this matter, and refers the case to United States Magistrate Judge H. David Young for further proceedings.

IT IS SO ORDERED this 12th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE