**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MELTON LEE MILLER                                                                                   PLAINTIFF
ADC #82966

V.                                           NO: 5:11CV00057 JMM/HDY

HOLMAN *et al.*                                                                                      DEFENDANTS

## **ORDER**

Plaintiff filed this complaint on March 8, 2011, and has now filed a signed copy of the complaint's signature page. Construing Plaintiff's complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants. Service is therefore appropriate for Defendants, and the United States Marshal is directed to serve a copy of the complaint (docket entries #2 & #12), this order, and summons, upon them, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this ___14___ day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE