IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELTON LEE MILLER                                                                                         PLAINTIFF
ADC #82966

V.                                    NO: 5:11CV00057 JMM/HDY

KAREN HOLMAN *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion to dismiss filed by Defendants Roland Anderson and Holly C. Mathis (docket entry #32) is DENIED.

DATED this 29th day of September, 2011.

                                                                                            /s/ James M. Moody
                                                                                            UNITED STATES DISTRICT JUDGE