# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MELTON LEE MILLER                                                                       PLAINTIFF
ADC #82966

V.                   NO: 5:11CV00057 JMM/HDY

KAREN HOLMAN *et al.*                                                  DEFENDANTS

## **ORDER**

      The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED THAT the motion to dismiss filed by Defendant Karen Holman (docket entry #54) is GRANTED, Plaintiff's claims against Holman are DISMISSED WITH PREJUDICE, and Holman's name is removed as a party Defendant.

      DATED this 14th day of November, 2011.

                                                                                 UNITED STATES DISTRICT JUDGE