**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MELTON LEE MILLER                                                                                          PLAINTIFF
ADC #82966

V.                                            NO: 5:11CV00057 JMM

KAREN HOLMAN *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.[1]  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Defendants' motion for summary judgment (docket entry #95) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.     The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4th day of December, 2012.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE

---

[1] The Court will interpret Plaintiff's twenty-two page pleading docketed as Plaintiff's declaration at docket entry 113 as his objections to the Recommended Disposition.