**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MELTON LEE MILLER                                                                                         PLAINTIFF
ADC #82966

V.                                              NO: 5:11CV00057 JMM

KAREN HOLMAN *et al.*                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE